IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HAWES, | No. C 13-1740 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| R. GROUNDS, | |
| Respondent. | |

Pursuant to the order of dismissal, judgment is hereby entered in favor of Respondent.

**IT IS SO ORDERED.**

Dated: May 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.13\HAWES1740.JUD.wpd